/

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Henry John Tisor,

Plaintiff,

ORDER

v.

Civil 00-1950 (MJD/RLE)

T.C. Peterson, et. al.,

Defendants.

---

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Base upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceeding herein,

IT IS HEREBY ORDERED THAT:

1. Plaintiff's Application to Proceed in forma pauperis (Docket No. 2) is **DENIED.**

Dated: October 16, 2000

MICHAEL J. DAVIS, Judge
United States District Court

FILED 10/16/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK