UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1950 MJD/RLE

| | | |
|---|---|---|
| HENRY JOHN TISOR,<br><br>Plaintiff,<br><br>v.<br><br>T.C. PETERSON, B. FORNENGO, C.L. WOLFE, G.L. HERSHBERGER, HARRELL WATTS,<br><br>Defendants. | ) | **O R D E R** |

Upon application of Federal Defendants Federal Defendants T.C. Peterson, B. Fornengo, C.L. Wolfe, and G.L. Hershberger, no hearing hereon being deemed necessary, and for good cause shown, it is hereby

ORDERED that the Federal Defendants shall be, and hereby are, granted an extension of time to respond to the Complaint of Plaintiff to January 16, 2001.

Dated: 12/6/00

Raymond L. Erickson
RAYMOND L. ERICKSON
United States Magistrate Judge

FILED DEC 06 2000
DOSAL, CLERK