UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1950 MJD/RLE

| | | |
|---|---|---|
| HENRY JOHN TISOR, Plaintiff, v. T.C. PETERSON, B. FORNENGO, C.L. WOLFE, G.L. HERSHBERGER, HARRELL WATTS, Defendants. | ) | **O R D E R** |

Upon application of Defendants T.C. Peterson, B. Fornengo, C.L. Wolfe, and G.L. Hershberger, no hearing hereon being deemed necessary, and for good cause shown, it is hereby

ORDERED that Defendants T.C. Peterson, B. Fornengo, C.L. Wolfe, and G.L. Hershberger shall be, and hereby are, granted an extension of time to respond to the Complaint of Plaintiff to January 23, 2001.

Dated: 1/19/01

Raymond L. Erickson
RAYMOND L. ERICKSON
United States Magistrate Judge

FILED JAN 19 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK