UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1950 MJD/RLE

HENRY JOHN TISOR,

Plaintiff,

v.

T.C. PETERSON, B. FORNENGO, C.L. WOLFE, G.L. HERSHBERGER, HARRELL WATTS,

Defendants.

**O R D E R**

Upon application of Defendants T.C. Peterson, B. Fornengo, C.L. Wolfe, G.L. Hershberger, and Harrell Watts, no hearing hereon being deemed necessary, and for good cause shown, it is hereby

ORDERED that Defendants T.C. Peterson, B. Fornengo, C.L. Wolfe, G.L. Hershberger, and Harrell Watts shall be, and hereby are, granted an extension of time to respond to the Complaint of Plaintiff to January 30, 2001.

Dated: 1/26/01

Raymond L. Erickson

RAYMOND L. ERICKSON
United States Magistrate Judge

(34)

FILED JAN 26 2001
...CAL CLERK