UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Henry John Tisor,

Plaintiff,

vs. ORDER

T.C. Peterson, et.al.,

Defendants. Civ. No. 00-1950 (MJD/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 7th day of February, 2001.

* * *

The above-entitled matter is before the undersigned United States Magistrate Judge, pursuant to a general assignment made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Defendants' Motion to Dismiss the Plaintiff's Complaint, which was filed on August 17, 2000.

In order to facilitate disposition of the Complaint and the request for dismissal, it is --

ORDERED:

That the Petitioner shall have until **March 9, 2001,** in which

41

FILED FEB 07 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

to respond, should he so choose, to the Defendants' submission to the Court requesting that the Complaint be dismissed.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE