# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Henry John Tisor

Plaintiff

v.

T. C. Peterson, et al

Defendants

Case No. Civil 00-1950 MJD/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's motion for summary judgment be denied. That Plaintiff's motion for a temporary restraining order be granted. That the Defendants' motion to dismiss or in the alternative for summary judgment be granted.

DATE: September 6, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk