UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Henry John Tisor,

Plaintiff,

AMENDED ORDER

v.

Civil 00-1950 (MJD/RLE)

T.C. Peterson, et. al.,

Defendants.

---

This is an amended order. There was an error in the ordered section. The mistake was been correct and is highlighted.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Base upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceeding herein,

IT IS HEREBY ORDERED THAT:

1. That Plaintiff's Motion for Summary Judgment (Docket No. 11) be **DENIED**.

2. That Plaintiff's Motion for a Temporary Restraining Order (Docket No. 13), be **DENIED**.

3. That the Defendants' Motion to Dismiss, or in the alternative, for Summary Judgment (Docket No. 35), be **GRANTED**.

Dated: September 11, 2001

Michael J. Davis

MICHAEL J. DAVIS, Judge
United States District Court

FILED SEP 11 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK